UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN ALEC WEITH,<br><br>    Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 22-cv-01985-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Magistrate Judge Sallie Kim granted pro se plaintiff Jan Alec Weith in forma pauperis status after his case was transferred to this District under 28 U.S.C. § 1406(a).  Dkt. Nos. 4, 8.  On April 28, 2022, postal mail sent to Weith was returned as undeliverable.  Dkt. No. 7.  On July 14, 2022, Judge Kim filed a report recommending dismissal without prejudice because Weith had failed to provide the court with a current address pursuant to Civil Local Rule 3-11, and had failed to diligently prosecute the action under Federal Rule of Civil Procedure 41(b).  Dkt. No. 9 at 1.  Weith did not object to the report, and the time to file objections has closed.

The Court adopts the report and recommendation, and the complaint is dismissed without prejudice under Civil Local Rule 3-11(b) and Federal Rule of Civil Procedure 41(b).  The Clerk's Office is asked to close the case.

**IT IS SO ORDERED.**

Dated:  October 4, 2022

JAMES DONATO
United States District Judge